# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3018

_____

|  |  |  |
|---|---|---|
| Ronald H. Brewster, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Marvin D. Morrison, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: November 23, 2001
Filed: November 29, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Federal inmate Ronald H. Brewster appeals from the district court's[1] dismissal of his 28 U.S.C. § 2241 petition, in which he argued that his 168-month sentence for conspiring to distribute cocaine base is invalid under Apprendi v. New Jersey, 530 U.S. 466 (2000). Having conducted careful de novo review, see United States v.

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

<u>Lurie</u>, 207 F.3d 1075, 1076 (8th Cir. 2000), we agree with the district court that habeas relief was not warranted:  not only did Brewster fail to show that a motion under 28 U.S.C. § 2255 was inadequate or ineffective to test the legality of his detention, but his arguments are foreclosed under <u>United States v. Moss</u>, 252 F.3d 993, 1001 (8th Cir. 2001), and <u>United States v. Aguayo-Delgado</u>, 220 F.3d 926, 933 (8th Cir.), <u>cert. denied</u>, 531 U.S. 1026 (2000).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.